# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 23, 2021

## NO. 03-20-00519-CR

**Bernard Daniel, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 27TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY**
**REVERSED AND REMANDED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment of conviction. Therefore, the Court reverses the district court's judgment of conviction and remands the case for further proceedings consistent with this opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.

.